UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 06-33858 |
|---|---|
| MARK RODGER BARLOW | (Chapter 13) |
| CHRISTINE GOTTSCHALK BARLOW | |
| Debtors | JUDGE GUY R. HUMPHREY |

### REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4077913**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 14/ 19 | CITIBANK SOUTH DAKOTA NA<br>BOX 6305<br>THE LAKES, NV  88901 | 470.14 |

/s/ Jeffrey M. Kellner

Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 5/24/2011

Certificate of Service            06-33858

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

MARK RODGER BARLOW
CHRISTINE GOTTSCHALK BARLOW
7435 - D TURTLE LANE
MAINEVILLE, OH  45039

HAROLD JARNICKI
576 MOUND CT
SUITE B
LEBANON, OH  45036

(19.1)
CITIBANK SOUTH DAKOTA NA
BOX 6305
THE LAKES, NV  88901

(31.1n)
DISCOVER FINANCIAL SERVICES
BOX 3025
NEW ALBANY, OH  43054

(33.1n)
ECAST SETTLEMENT CORPORATION
BOX 35480
NEWARK, NJ  07193

(34.1n)
HOLLY N WOLF
MANLEY DEAS KOCHALSKI LLC
BOX 165028
COLUMBUS, OH  43216

(32.1n)
JAMES G REA
BRICE VANDER LINDEN & WERNICK
9441 LBJ FREEWAY SUITE 350
DALLAS, TX  75243

(36.1n)
JOEL K JENSEN
LERNER SAMPSON & ROTHFUSS
BOX 5480
CINCINNATI, OH  45201

(30.1n)
OHIO DEPT OF TAXATION
BANKRUPTCY DIVISION
BOX 530
COLUMBUS, OH  43216

(35.1n)
PORTFOLIO RECOVERY ASSOCIATES
BOX 41067
NORFOLK, VA  23541

Jeffrey M. Kellner BY      ___/s/ Jeffrey M. Kellner_____      sv