UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| IN RE: <br>    MARK RODGER BARLOW <br>    CHRISTINE GOTTSCHALK BARLOW <br>                                         Debtors | CASE NO: 06-33858 <br>      (Chapter 13) <br><br> JUDGE GUY R. HUMPHREY |

### REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4078511**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 10/ 25 | NATIONWIDE BANK <br> BOX 182794 <br> COLUMBUS, OH  43218 | 701.06 |

      /s/ Jeffrey M. Kellner
_____
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 6/1/2011

Certificate of Service 06-33858

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

| | | |
|---|---|---|
| MARK RODGER BARLOW<br>CHRISTINE GOTTSCHALK BARLOW<br>7435 - D TURTLE LANE<br>MAINEVILLE, OH  45039 | HAROLD JARNICKI<br>576 MOUND CT<br>SUITE B<br>LEBANON, OH  45036 | (31.1n)<br>DISCOVER FINANCIAL SERVICES<br>BOX 3025<br>NEW ALBANY, OH  43054 |
| (33.1n)<br>ECAST SETTLEMENT CORPORATION<br>BOX 35480<br>NEWARK, NJ  07193 | (34.1n)<br>HOLLY N WOLF<br>MANLEY DEAS KOCHALSKI LLC<br>BOX 165028<br>COLUMBUS, OH  43216 | (32.1n)<br>JAMES G REA<br>BRICE VANDER LINDEN & WERNICK<br>9441 LBJ FREEWAY SUITE 350<br>DALLAS, TX  75243 |
| (36.1n)<br>JOEL K JENSEN<br>LERNER SAMPSON & ROTHFUSS<br>BOX 5480<br>CINCINNATI, OH  45201 | (25.1)<br>NATIONWIDE BANK<br>BOX 182794<br>COLUMBUS, OH  43218 | (30.1n)<br>OHIO DEPT OF TAXATION<br>BANKRUPTCY DIVISION<br>BOX 530<br>COLUMBUS, OH  43216 |
| (35.1n)<br>PORTFOLIO RECOVERY ASSOCIATES<br>BOX 41067<br>NORFOLK, VA  23541 | | |

Jeffrey M. Kellner BY     ___/s/ Jeffrey M. Kellner_____     sv